J-A21030-14

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| HELEN ESBENSHADE, ESQUIRE ADMINISTRATRIX AND PERSONAL REPRESENTATIVE OF THE ESTATE OF ADYLBEK MURATALIEV, DECEASED<br><br>Appellant<br><br>v.<br><br>ALPHA CONTRACTING III, LLC, KG CONSTRUCTION, ALLEGHENY POWER, ALLEGHENY ENERGY, WEST PENN POWER COMPANY, FIRST ENERGY CORPORATION, TRANZSPORTER, TIE DOWN ENGINEERING, INC., FAITH ALLIANCE CHURCH, AND THE WESTERN PENNSYLVANIA DISTRICT OF THE CHRISTIAN AND MISSIONARY ALLIANCE | IN THE SUPERIOR COURT OF PENNSYLVANIA<br><br><br><br><br><br><br><br><br><br>No. 447 EDA 2014 |

Appeal from the Order Dated January 27, 2014
In the Court of Common Pleas of Philadelphia County
Civil Division at No(s): September Term, 2013 No. 1552

BEFORE: BOWES, J., OTT, J., and STRASSBURGER, J.*

CONCURRING MEMORANDUM BY STRASSBURGER, J.:**FILED DECEMBER 02, 2014**

I join Judge Bowes' Concurring Memorandum.

I write separately to note that this case, along with those of Toktobaev

and Dzhumaliev, cries out for coordination.

* Retired Senior Judge assigned to the Superior Court